# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MEAGAN EARLY, | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 10-CV-544 |
| vs. | ) |
| CAREER EDUCATION CORPORATION; | ) |
| COLORADO TECHNICAL UNIVERSITY, | ) |
| INC, and MARK COWIE | ) |
| Defendants. | ) |

### DECLARATION OF MEAGAN EARLY

Meagan Early, under penalty of perjury, states that the following statements are true and correct.

1. My name is Meagan Early. I am an individual over the age of 18 and I am the plaintiff in this lawsuit.

2. I am seeking damages of $74,500 or less in my lawsuit against Defendants inclusive of all damages, punitive damages, costs and attorneys' fees.

3. I consent to damages of $74,500 or less in my lawsuit against Defendants inclusive of all damages, punitive damages, costs and attorneys' fees.

4. I have discussed the issues involved in the motion to remand with my legal counsel.

5. I gave consent to my legal counsel to state in the motion to remand that I consent to damages of $74,500 or less in my lawsuit against Defendants.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Meagan Early

6/29/2010
Date